IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter B. Inc., et al., | NO. C 10-04454 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Comerica Bank, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 13, 2010. Upon review of the docket, it appears that Plaintiffs have yet to serve Defendants.

In light of the fact that Defendants have not yet been served,[1] the Court continues the Case Management Conference to **February 28, 2011 at 10 a.m.** On or before **February 18, 2011**, the parties shall file a Joint Case Management Conference Statement. The Statement shall include, among other things, a good faith discovery schedule with a proposed date for the close of all discovery.

Plaintiffs shall serve this Order on Defendants along with the Summons and Complaint and file the appropriate certificate of service on or before **January 29, 2011.**

Dated: December 8, 2010

JAMES WARE
United States District Judge

---

[1] Plaintiffs' Complaint was filed on October 1, 2010. (Docket Item No. 1.) Plaintiffs have until January 29, 2011 to serve Defendants with the Complaint.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin John Mirch mirch@charterinternet.com
Marie C. Mirch bobogriz@aol.com

**Dated: December 8, 2010**                    **Richard W. Wieking, Clerk**

                                          **By:**     **/s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California