1 | Craig A. Welin (State Bar No. 138418)
cwelin@frandzel.com
2 | Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
3 | FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
4 | Seventeenth Floor
Los Angeles, California 90048-4920
5 | Telephone: (323) 852-1000
Facsimile: (323) 651-2577
6
7 | Attorneys for Defendant Comerica Bank

IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12/29/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PETER B., INC., a Nevada Corporation; FOXGLOVE, INC., a Wyoming corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>COMERICA BANK, a Texas corporation; UNITED SECURITY BANK, a California Corporation,rporation,<br><br>         Defendants. | Civil Action No. CV10-4454 JW (PSG)<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO THE COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]** |

787250.1 |

STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO THE COMPLAINT

1       Plaintiffs Peter B., Inc., and Foxglove, Inc., and defendant Comerica Bank, by

2 and through their respective counsel of record, hereby stipulate pursuant to Civil

3 L.R. 6-1(a) that the time within which defendant Comerica Bank may respond to the

4 complaint is hereby extended from December 29, 2010, to and including, January

5 21, 2011.

6

7 DATED: December 2Y, 2010     FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                 CRAIG A. WELIN

8                                  HAL D. GOLDFLAM

9

10                      By: _____

11                          HAL D. GOLDFLAM

12                          Attorneys for Defendant Comerica Bank

13

14 DATED: December ___, 2010     MIRCH LAW OFFICE

15

16

17                      By: _____

18                          KEVIN J. MIRCH
                         Attorneys for Plaintiffs Peter B, Inc., and

19                          Foxglove, Inc.

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO
THE COMPLAINT

1      Plaintiffs Peter B., Inc., and Foxglove, Inc., and defendant Comerica Bank, by

2  and through their respective counsel of record, hereby stipulate pursuant to Civil

3  L.R. 6-1(a) that the time within which defendant Comerica Bank may respond to the

4  complaint is hereby extended from December 29, 2010, to and including, January

5  21, 2011.

6

7  DATED: December    , 2010    FRANDZEL ROBINS BLOOM & CSATO, L.C.

8                                 CRAIG A. WELIN
                                    HAL D. GOLDFLAM

9

10

11                       By:  _____

12                               HAL D. GOLDFLAM
                               Attorneys for Defendant Comerica Bank

13

14  DATED: December 28, 2010    MIRCH LAW OFFICE

15

16

17                       By: _____

18                               KEVIN J. MIRCH
                               Attorneys for Plaintiffs Peter B, Inc., and

19                               Foxglove, Inc.

20

21

22

23

24

25

26

27

28

1

STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO
THE COMPLAINT

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1

## PROOF OF SERVICE

2     I, the undersigned, declare and certify as follows:

3     I am over the age of eighteen years, not a party to the within action and
employed in the County of Los Angeles State of California. I am employed in the

4     office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-
entitled Court, and I made the service referred to below at their direction. My

5     business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles,
California 90048-4920

6

7     On **December 28, 2010**, I served true copy(ies) of the **STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO THE COMPLAINT [Civil L.R. 6-1(a)]**, the original(s) of

8     which is(are) affixed hereto. to the party(ies) on the attached service list.

9     ☐  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing with the United States Postal Service.

10    Under that practice, it would be deposited with the United States Postal
Service that same day in the ordinary course of business. Such document(s)

11    were placed in envelopes addressed to the person(s) served hereunder for
collection and mailing with postage thereon fully prepaid at Los Angeles,

12    California, on that same day following ordinary business practices.

13    ☐  **BY FAX TRANSMISSION:** At approximately _____, I caused said
document(s) to be transmitted by facsimile. The telephone number of the

14    sending facsimile machine was (323) 651-2577. The name(s) and facsimile
machine telephone number(s) of the person(s) served are set forth in the

15    service list. The document was transmitted by facsimile transmission, and the
sending facsimile machine properly issued a transmission report confirming

16    that the transmission was complete and without error.

17    ☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said
document(s) to be served by means of this Court's electronic transmission of

18    the Notice of Electronic Filing through the Court's transmission facilities, to
the parties and/or counsel who are registered CM/ECF Users set forth in the

19    service list obtained from this Court.

20    ☐  **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or
other facility regularly maintained by the overnight service carrier, or

21    delivered such document(s) to a courier or driver authorized by the overnight
service carrier to receive documents, in an envelope or package designated by

22    the overnight service carrier with delivery fees paid or provided for,
addressed to the person(s) served hereunder.

23

      I certify under penalty of perjury under the laws of the State of California and

24    the United States of America that the foregoing is true and correct.

25    Executed on **December 28, 2010**, at Los Angeles, California.

26

27

      DORLA WISE

28

787250.1 | 042500-0215

STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO THE COMPLAINT

**SERVICE LIST**

**Electronic Mail Notice List:**

- **Kevin John Mirch**
  mirch@charterinternet.com,kmirch@aol.com

- **Marie C. Mirch**
  bobogriz@aol.com,marie@mirchlaw.com,emirch@gmail.com,jessica.lewarn
  e@yahoo.com,kevinmirch@mirchlaw.com

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

787250.1 | 042500-0215

STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT COMERICA BANK MAY RESPOND TO
THE COMPLAINT