(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL  166468**
**MATTHEW G. BACKOWSKI  216517**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:    (559) 228-8034
Facsimile:    (559) 228-6818

Attorneys for UNITED SECURITY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

* * *

| | |
|---|---|
| PETER B. INC, a Nevada corporation; FOXGLOVE, INC., a Wyoming corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; UNITED SECURITY BANK, a California corporation,<br><br>　　　　　　　　Defendants. | Case No.  CV 10-4454 EJD<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT HEARING CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 16, 2011<br>Time:   2:00 p.m.<br>Judge:  Edward J. Davila<br>Dept:   U.S. Courthouse<br>　　　　Courtroom 1<br>　　　　280 South First St., 5th Floor<br>　　　　San Jose, CA 95113 |

　　　　The Court, having reviewed the Administrative Motion to Appear Telephonically at Hearing for Case Management Conference filed by Defendant UNITED SECURITY BANK, a California corporation, ("USB"), and good cause appearing therefore, hereby orders as follows:

/////

/////

/////

/////

-1-

_____
Order on Motion to Appear Telephonically

IT IS HEREBY ORDERED that USB may appear telephonically at the hearing for Case Management Statement currently set to be heard on September 16, 2011, at 2:00 p.m. in Courtroom 1, before the Honorable Edward J. Davila of the above-entitled Court, by and through its counsel.

Dated: September 12, 2011

By: *[signature]*
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Order on Motion to Appear Telephonically