(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL  166468**
**MATTHEW G. BACKOWSKI  216517**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:    (559) 228-6818

Attorneys for UNITED SECURITY BANK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

\* \* \*

| | |
|---|---|
| PETER B. INC, a Nevada corporation; FOXGLOVE, INC., a Wyoming corporation,<br><br>                   Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; UNITED SECURITY BANK, a California corporation,<br><br>                   Defendants. | Case No. CV 10-4454 EJD<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT HEARING CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 16, 2011<br>Time:   2:00 p.m.<br>Judge: Edward J. Davila<br>Dept:   U.S. Courthouse<br>            Courtroom 1<br>            280 South First St., 5th Floor<br>            San Jose, CA 95113 |

The Court, having reviewed the Administrative Motion to Appear Telephonically at Hearing for Case Management Conference filed by Defendant UNITED SECURITY BANK, a California corporation, ("USB"), and good cause appearing therefore, hereby orders as follows:

/////

/////

/////

/////

-1-

_____
Order on Motion to Appear Telephonically

1   IT IS HEREBY ORDERED that USB may appear telephonically at the
2   hearing for Case Management Statement currently set to be heard on September 16, 2011, at
3   2:00 p.m. in Courtroom 1, before the Honorable Edward J. Davila of the above-entitled
4   Court, by and through its counsel.

6   Dated:  September 12     , 2011

By: _____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE