(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL  166468**
**MATTHEW G. BACKOWSKI  216517**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:	(559) 228-8034
Facsimile:	(559) 228-6818

Attorneys for UNITED SECURITY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

* * *

| | |
|---|---|
| PETER B. INC, a Nevada corporation; FOXGLOVE, INC., a Wyoming corporation,<br><br>                       Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; UNITED SECURITY BANK, a California corporation,<br><br>                       Defendants. | Case No.  CV 10-4454 EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>The Honorable Edward J. Davila |

/////

/////

/////

/////

/////

/////

/////

-1-

6265.111.298

Stipulation and Order for Dismissal

**STIPULATION**

IT IS HEREBY STIPULATED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the parties and their respective counsel, that the above-entitled action, <u>PETER B. INC., a Nevada corporation, FOXGLOVE, INC., a Wyoming corporation v. COMERICA BANK, a Texas corporation, UNITED SECURITY BANK, a California corporation</u>, be dismissed with prejudice.

Dated: November 7, 2011          LAW OFFICES OF MITCHELL A. STEVENS

                                 By:    /S/  Mitchell A. Stevens
                                     MITCHELL A. STEVENS, Attorneys for
                                     PETER B. INC., and FOXGLOVE, INC.

Dated: November 7, 2011          THE LAW FIRM OF POWELL & POOL

                                 By:    /S/  Don J. Pool
                                     DON J. POOL, Attorneys for
                                     UNITED SECURITY BANK

Dated: November 7, 2011          FRANZDEL ROBINS BLOOM & CSATO, LC

                                 By:    /S/  Hal D. Goldflam
                                     HAL D. GOLDFLAM, Attorneys for
                                     COMERICA BANK

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above entitled action is dismissed, with prejudice.

The Clerk shall close this file.

Dated: November 16, 2011

                                 By: _____
                                     HONORABLE EDWARD J. DAVILA
                                     UNITED STATES DISTRICT JUDGE