(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL  166468**
**MATTHEW G. BACKOWSKI  216517**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:    (559) 228-8034
Facsimile:     (559) 228-6818

Attorneys for UNITED SECURITY BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

* * *

| | |
|---|---|
| PETER B. INC, a Nevada corporation; FOXGLOVE, INC., a Wyoming corporation, | Case No.  CV 10-4454 EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| COMERICA BANK, a Texas corporation; UNITED SECURITY BANK, a California corporation, | |
| Defendants. | The Honorable Edward J. Davila |

/////

/////

/////

/////

/////

/////

/////

-1-

6265.111.298

Stipulation and Order for Dismissal

**STIPULATION**

IT IS HEREBY STIPULATED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the parties and their respective counsel, that the above-entitled action, <u>PETER B. INC., a Nevada corporation, FOXGLOVE, INC., a Wyoming corporation v. COMERICA BANK, a Texas corporation, UNITED SECURITY BANK, a California corporation</u>, be dismissed with prejudice.

Dated: November 7, 2011     LAW OFFICES OF MITCHELL A. STEVENS

By:   /S/  Mitchell A. Stevens
MITCHELL A. STEVENS, Attorneys for
PETER B. INC., and FOXGLOVE, INC.

Dated: November 7, 2011     THE LAW FIRM OF POWELL & POOL

By:   /S/  Don J. Pool
DON J. POOL, Attorneys for
UNITED SECURITY BANK

Dated: November 7, 2011     FRANZDEL ROBINS BLOOM & CSATO, LC

By:   /S/  Hal D. Goldflam
HAL D. GOLDFLAM, Attorneys for
COMERICA BANK

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above entitled action is dismissed, with prejudice.

The Clerk shall close this file.

Dated:  November 16 , 2011

By: _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

6265.111.298                                                    Stipulation and Order for Dismissal